UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANETTE SCHOTT

      Plaintiff,

vs.

Case No. 2:11-cv-12468-VAR-MAR
Hon. Victoria A. Roberts
Magistrate Mark A. Randon

TRINITY HEALTH-MICHIGAN
d/b/a ST. JOSEPH MERCY PORT
HURON, a domestic non-profit corporation,

      Defendant.

_____/

**ORDER WITH RESPECT TO PLAINTIFF'S
MOTION TO COMPEL DISCOVERY**

The Court having reviewed the pleadings filed by the parties and heard oral arguments, Orders as follows:

1. With respect to document production request number 10, Defendant shall supplement its response to provide that the personnel file of Natalia Cwalina contains no disciplinary action, no application, no resume and no performance reviews. Plaintiff's motion is otherwise denied.

2. With respect to document request number 11, Defendant shall supplement its response to confirm that all correspondence requested has been provided, there are no further emails other than those provided, and MOV emails are deleted within 22 days and are not retrievable. Plaintiff's motion is otherwise denied.

3. With respect to document request number 16, Defendant will provide applications, resumes, and all disciplinary actions for Julie Angel and Sue Bacik which occurred for the period one-year prior to Plaintiff's termination date. Plaintiff's motion is otherwise denied.

4. With respect to document request number 19, Defendant will amend its response to provide that Defendant does not have "error reports" for the year 2009 as requested in Plaintiff's document request number 19. Plaintiff's motion is otherwise denied.

5. With respect to interrogatory number 16, Defendant will provide supplemental responses indicating for each employee requested the position held, date of termination and whether the individual was terminated due to errors committed in the medical lab. Plaintiff's motion is otherwise denied.

Supplemental responses and documents corresponding thereto will be provided by Defendant within 10 days of entry of this Order.

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2012

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 29, 2012.

        *s/Melody R. Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*
        *(313) 234-5542*

**Approved as to form and content:**

| | |
|---|---|
| */s/ Rex A. Burgess* | */s/ David B. Gunsberg* |
| Rex A. Burgess (P42779 | David B. Gunsberg (P24235) |
| Attorney for Plaintiff | Attorney for Defendant |
| Date: March 20, 2012 | Date: March 20, 2012 |

2